STATE OF HAWAII, Plaintiff-Appellee,
*v.* JOHN ROY MILLER, Defendant-Appellant

No. 5186

OCTOBER 16, 1972

RICHARDSON, C.J., MARUMOTO, ABE,
LEVINSON AND KOBAYASHI, JJ.

*Per Curiam.* The petition for rehearing filed on October 10, 1972 by defendant-appellant is hereby denied without argument.

Justices Kobayashi and Levinson who dissented from the majority opinion of the court, do not concur.

*Philip H. Lowenthal,* Deputy Public Defender (*Donald Tsukiyama,* Public Defender with him on the petition) for the petition.